1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Antonio Wheeler, | Case No. 2:24-cv-00671-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Gallagher Insurance Companies; and Transdev U.S., Inc., | |
| Defendants. | |

6
7
8
9
10
11

12   Pro se Plaintiff Antonio Wheeler filed an application to proceed *in forma pauperis.*  (ECF

13 No. 1).  However, Plaintiff's application is missing information.  The Court thus denies Plaintiff's

14 application without prejudice.

15 **I.     Discussion.**

16   Under 28 U.S.C. § 1915(a)(1), a plaintiff may bring a civil action "without prepayment of

17 fees or security therefor" if the plaintiff submits a financial affidavit that demonstrates the

18 plaintiff "is unable to pay such fees or give security therefor."  The Ninth Circuit has recognized

19 that "there is no formula set forth by statute, regulation, or case law to determine when someone

20 is poor enough to earn [*in forma pauperis*] status."  *Escobedo v. Applebees*, 787 F.3d 1226, 1235

21 (9th Cir. 2015).  An applicant need not be destitute to qualify for a waiver of costs and fees, but

22 he must demonstrate that because of his poverty he cannot pay those costs and still provide

23 himself with the necessities of life.  *Adkins v. E.I DuPont de Nemours & Co.*, 335 U.S. 331, 339

24 (1948).

25   The applicant's affidavit must state the facts regarding the individual's poverty "with

26 some particularity, definiteness and certainty."  *United States v. McQuade*, 647 F.2d 938, 940

27 (9th Cir. 1981) (citation omitted).  If an individual is unable or unwilling to verify his or her

28 poverty, district courts have the discretion to make a factual inquiry into a plaintiff's financial

status and to deny a request to proceed *in forma pauperis*.  *See, e.g.*, *Marin v. Hahn*, 271 Fed.Appx. 578 (9th Cir. 2008) (finding that the district court did not abuse its discretion by denying the plaintiff's request to proceed *in forma pauperis* because he "failed to verify his poverty adequately").  "Such affidavit must include a complete statement of the plaintiff's personal assets." *Harper v. San Diego City Admin. Bldg.*, No. 16-cv-00768 AJB (BLM), 2016 U.S. Dist. LEXIS 192145, at *1 (S.D. Cal. June 9, 2016).  Misrepresentation of assets is sufficient grounds for denying an *in forma pauperis* application.  *Cf. Kennedy v. Huibregtse*, 831 F.3d 441, 443-44 (7th Cir. 2016) (affirming dismissal with prejudice after litigant misrepresented assets on *in forma pauperis* application).

On his application, Plaintiff claims to make no money from any source; that he has no money in a checking or savings account; and that the questions regarding whether he owns items of value, whether he has any monthly expenses, whether he has dependents, and whether he has any debts are inapplicable to him.  Plaintiff does not provide any further details in the application regarding how he lives considering his claim to have no money and no bills.  The Court finds that Plaintiff has omitted information from the application.  As a result, the Court cannot determine whether Plaintiff qualifies for *in forma pauperis* status.

The Court will give Plaintiff one opportunity to file a complete *in forma pauperis* application.  The Court further orders that Plaintiff may not respond with a zero or "not applicable" in response to any question without providing an explanation for each of the questions.  Plaintiff also may not leave any questions blank.  Plaintiff must describe each source of money that he receives, state the amount he received, and what he expects to receive in the future.

The Court denies Plaintiff's *in forma pauperis* application without prejudice.  The Court gives Plaintiff 30 days to file an updated application.  Plaintiff must fully answer all applicable questions and check all applicable boxes.  Plaintiff may alternatively pay the filing fee in full.  Since the Court denies Plaintiff's application, it does not screen the complaint at this time.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff has until **May 17, 2024** to file an updated application to proceed *in forma pauperis* as specified in this order or pay the filing fee. **Failure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and of the Short Form application to proceed *in forma pauperis* and its instructions.[1]

DATED: April 18, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form and its instructions can also be found at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.