# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Antonio Wheeler,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Gallagher Insurance Companies; et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00671-GMN-DJA<br><br>**Report and Recommendation** |

　　　On May 23, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* and gave him until June 21, 2024, to file a new one. (ECF No. 6). In doing so, the Court explained that "[f]ailure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed." (*Id.*). To date, Plaintiff has not filed anything further in this action.

　　　Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

## NOTICE

　　　Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the

order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: August 29, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE