UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO WHEELER, )<br>)<br>　　　　Plaintiff, )<br>　vs. )<br>)<br>GALLAGHER INSURANCE )<br>COMPANIES, *et al.*, )<br>)<br>　　　　Defendants. ) | Case No.: 2:24-cv-00671-GMN-DJA<br><br>**ORDER ADOPTING**<br>**REPORT AND RECOMMENDATION** |

　　　　Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 7), from United States Magistrate Judge Daniel J. Albregts, which recommends dismissing the case without prejudice for Plaintiff's failure to file an amended application to proceed *in forma pauperis* by the June 21, 2024, deadline.

　　　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

　　　　Here, no objection was filed, and the deadline to do so has passed. (*See* R&R, ECF No.

7) (setting September 11, 2024, deadline for objections).  As of the date of writing this Order, Plaintiff has not filed an amended *in forma pauperis*.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 7), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** without prejudice.

Dated this  17  day of September, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court