1
2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3
4

ANTONIO WHEELER,

5

              Plaintiff,

    vs.

6

GALLAGHER INSURANCE COMPANIES, *et al.*,

7
8

          Defendants.

Case No.: 2:24-cv-00671-GMN-DJA

**ORDER ADOPTING REPORT AND RECOMMENDATION**

9
10
11
12

       Pending before the Court is the Order and Report and Recommendation ("R&R"), (ECF No. 14), of United States Magistrate Judge Daniel J. Albregts, which recommends reopening this case due to excusable neglect and granting Plaintiff's application to proceed *in forma pauperis*. (*See generally* R&R).

13
14
15
16
17
18
19
20
21
22
23
24

       A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

25

       Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF

No. 14) (setting March 31, 2025, deadline for objections).  The Magistrate Judge reasoned that Plaintiff's explanation that he was not aware of certain deadlines due to his homelessness constituted excusable neglect, and noted that Plaintiff's application to proceed in forma pauperis appeared complete and accurate. (*Id.*).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 14), is **ACCEPTED and ADOPTED** in full.

The Clerk of Court is kindly requested to re-open this case.

Dated this __3__ day of April, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court